IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00484-CMA-KLM

LORI CALLIES, and
KEVIN CALLIES,

      Plaintiffs,

v.

LISA LANE, in her individual and official capacities,
SALLY CHAPMAN, in her individual and official capacities,
ERIN JEMISON, in her official capacity as the SOMB Board Chair,
MARY BAYDARIAN, in her official capacity as SOMB Board Member,
CARL BLAKE, in his official capacity as SOMB Board Member,
ALLISON BOYD, in her official capacity as SOMB Board Member,
A MERVYN DAVIES, in his official capacity as SOMB Board Member,
CHERYL DAVIES, in her official capacity as SOMB Board Member,
JESSICA CURTIS, in her official capacity as SOMB Board Member,
AMY FITCH, in her official capacity as SOMB Board Member,
JEFF GEIST, in his official capacity as SOMB Board Member,
MISSY GURSKY, in her official capacity as SOMB Board Member,
PEGGY HEIL, in her official capacity as SOMB Board Member,
WILLIAM HILDEBRAND, in his official capacity as SOMB Board Member,
NANCY JOHNSON, in her official capacity as SOMB Board Member,
JEFF JENKS, in his official capacity as SOMB Board Member,
MARCELO KOPCOW, in his official capacity as SOMB Board Member,
DIANNA LWYER-BROOK, in her official capacity as SOMB Board Member,
TOM LEVERSEE, in his official capacity as SOMB Board Member,
RICHARD BEDNARSKI, in his official capacity as SOMB Board Member,
JOHN ODENHEIMER, in his official capacity as SOMB Board Member,
JESSICA MEZA, in her official capacity as SOMB Board Member,
ANGEL WEANT, in her official capacity as SOMB Board Member,
MIMI SCHEUERMANN, in her official capacity as SOMB Board Member, and
DOUG STEPHENS, in his official capacity as SOMB Board Member,

      Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

-1-

This matter is before the Court on Defendants Lisa Lane and SOMB Chair and Board members' **Motion to Dismiss** [Docket No. 7; Filed April 1, 2013]; on Defendant Sarah Chapman's **Amended Motion of Defendant Sally Chapman to Dismiss** [Docket No. 9; Filed April 11, 2013]; and on Plaintiffs' **Motion to Strike Exhibits to Sally Chapman's Motion to Dismiss** [Docket No. 15; Filed May 6, 2013] (the "First Motion to Strike"); and on Plaintiffs' **Motion to Strike Eleventh Argument Contained in State Defendants' Reply Brief** [Docket No. 20; Filed May 8, 2013] (the "Second Motion to Strike").   On May 6, 2013, Plaintiffs filed a Motion for Leave to Filed Amended and Supplemental Complaint [#14], in which Plaintiffs assert they have corrected some factual errors, alleged additional facts to clarify the relationship of the parties, clarified the identities of the Defendants against whom they are seeking damages, and added facts relating to events occurring in February-March 2013.  On May 9, 2013, the District Judge granted the Motion to Amend.   *Order* [#18].   Because Plaintiffs' Amended Complaint appears to address issues raised by Defendants in the Motions to Dismiss [#7, #9],

IT IS HEREBY **ORDERED** that Defendants' Motions to Dismiss [#7, #9] are **DENIED as moot**.  *See, e.g.*, *Strich v. United States*, No. 09-cv-01913-REB-KLM, 2010 WL 14826, at *1 (D. Colo. Jan. 11, 2010) (citations omitted) ("The filing of an amended complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded."); *AJB Props., Ltd. v. Zarda Bar-B-Q of Lenexa, LLC*, No. 09-2021-JWL, 2009 WL 1140185, at *1 (D. Kan. April 28, 2009) (finding that amended complaint superseded original complaint and "accordingly, defendant's motion to dismiss the original complaint is denied as moot"); *Gotfredson v. Larsen LP*, 432 F.Supp.2d 1163, 1172 (D. Colo. 2006) (noting that defendants' motions to dismiss are "technically moot because they are directed at a pleading that is no longer operative").

Plaintiffs' First Motion to Strike [#15] is directed at Defendant Sally Chapman's Motion to Dismiss [#9].  Plaintiffs' Second Motion to Strike [#20] is directed at Defendant Lisa Lane and SOMB Chair and Board members' Motion to Dismiss [#7].  Accordingly,

IT IS FURTHER **ORDERED** that Plaintiffs' First Motion to Strike [#15] and Second Motion to Strike [#20] are **DENIED as moot**.

Dated:  May 16, 2013